

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
**Clerk**

Date: 08/13/2021　　　　　　　　　　　　Case Number: 1:21-cv-04174

Case Title: XYZ Corporation v. The Partnerships　　Judge: Charles R. Norgle, Sr
　　　　　　and Unincorporated Associations

## DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

☐　Sealed or restricted document. (A court order is required to view a sealed or restricted document.)

☐　Too voluminous.

☐　Photographs

☑　Civil bond (A court order is required to view a financial document.)

☐　Criminal bond (A court order is required to view a financial document.)

☐　Miscellaneous (MC) case

☐　Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30 p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

　　　　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Roberto Cornejo
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Rev. 11/29/2016