UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:21-CV-04174 <br><br> JUDGE CHARLES R. NORGLE, SR. <br><br> MAGISTRATE JUDGE SUNIL R. HARJANI |

## **PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff, Crypton Future Media, Inc.'s ("Crypton" or "Plaintiff") Motion for a Preliminary Injunction, and this Court having heard the evidence before it, hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A, attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant is reaching out to do business with Illinois residents by

1

operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiffs' Trademarks (collectively referred to as "Defendant Internet Store" or "Seller Aliases"). See Docket No. , Exhibit 2 to the Declaration of Paul Varley, which includes screenshot evidence confirming that each defendant online marketplace account does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Crypton Trademarks.

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Crypton has a likelihood of success on the merits; that no remedy at law exists; and that Crypton will suffer irreparable harm if the injunction is not granted.

Specifically, Crypton has proved a *prima facie* case of trademark infringement because: (1) the Crypton Trademarks are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register; (2) Plaintiff's federally registered trademarks are valid and in full force and effect; (3) Defendants are not licensed or authorized to use any of the Crypton Trademarks; and, (4) Defendants' use of the Crypton Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Crypton. Furthermore, Defendants' continued and unauthorized use of the Crypton Trademarks irreparably harms Crypton through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage; and, therefore, Crypton has an inadequate remedy at law. Moreover, the public interest is served by

entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

   a. using Plaintiff's Crypton Trademarks, and/or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Crypton product or not authorized by Crypton to be sold in connection with Plaintiff's Crypton Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Crypton product or any other product produced by Crypton, that is not Plaintiff's nor produced under the authorization, control or supervision of Crypton nor approved by Crypton for sale using the Crypton Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Crypton, or are sponsored by, approved by, or otherwise connected with Crypton;

   d. further infringing the Crypton Trademarks and damaging Crypton's goodwill;

   e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Crypton, nor authorized by Crypton to be

3

sold or offered for sale, and which bear any of Plaintiff's Crypton Trademarks, and/or any reproductions, counterfeit copies, or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Crypton Products; and

g. operating and/or hosting websites at the Defendant Internet Stores and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's Crypton Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Crypton product or not authorized by Crypton to be sold in connection with the Crypton Trademarks.

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as eBay, Inc. ("eBay"), Amazon, Inc. ("Amazon"), ContextLogic, Inc. ("Wish"), Etsy, Inc. ("Etsy"), Ecrater, Bonanza, and Alibaba Group Holding Ltd. including AliExpress, Inc. ("AliExpress") (collectively, the "Online Marketplaces"), and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, and web hosts for the Defendant Internet Stores, and domain name registrars, shall within five (5) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the

      Crypton Trademarks, including any accounts associated with the Defendants listed on the Schedule A;

  b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Crypton Trademarks; and

  c. take all steps necessary to prevent links to the Defendant Internet Stores, identified on the Schedule A, from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Internet Stores or other websites operated by Defendants, including, without limitation, the Online Marketplaces, web hosts, back-end service providers, banks, merchant account providers, and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Crypton expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

  a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

  b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information

5

associated with the Defendant Internet Stores, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores;

c. Defendants' websites and/or any online marketplace accounts;

d. The Defendant Internet Stores or any domain name registered by Defendants; and

e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, or other merchant account providers, payment providers, third party processors, and credit card associations.

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. eBay, PayPal, Inc. ("PayPal"), Wish, Amazon, Etsy, and Alipay, Inc. ("Alipay") (collectively, the "Payment Processors"), or any other party and/or Online Marketplace or payment processor in privity with Defendants, any banks, savings and loan association or other financial institution, shall within five (5) business days of receipt of this Order:

a. Locate all accounts and funds connected to Defendants, Defendants Internet Stores or Defendants' websites including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses

associated with the Defendants identified by either the Defendants or third parties; and

b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Crypton may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and/or by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "10 cotton casual T-shirt Store and all other Defendants identified in the Schedule A to the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. The Clerk of Court is directed to unseal Plaintiff's Complaint [8], Exhibit 1 to the Complaint [8-1], Schedule A to the Complaint [8-2], Motion for Temporary Restraining Order [11] and Motion to Extend the Temporary Restraining Order [18] and the memorandum and supporting pleadings and exhibits thereto [12], and the Temporary Restraining Order [16] and Extension of the Temporary Restraining Order [20].

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Crypton or on shorter notice as set by this Court.

9. The $10,000 bond posted by Crypton shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

Dated: 9/2/2021 , 2020

_____
U.S. District Court Judge Charles R. Nogle, Sr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRYPTON FUTURE MEDIA, INC.,

    PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:21-CV-04174

## SCHEDULE A TO THE COMPLAINT

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 1 | 10 cotton casual T-shirt Store | aliexpress.com/store/911930452 |
| 2 | 9 COS-Zone Store | aliexpress.com/store/1487584 |
| 3 | Aliexpress Gift Store | aliexpress.com/store/5732239 |
| 4 | Angel jenny zheng 's store | aliexpress.com/store/1271104 |
| 5 | Animation House Store | aliexpress.com/store/900249430 |
| 6 | BeiDuDu Store | aliexpress.com/store/911937424 |
| 7 | Big cosplays supplier | aliexpress.com/store/419441 |
| 8 | budwwl Store | aliexpress.com/store/911659206 |
| 9 | BZDA Officialflagship Store | aliexpress.com/store/5569149 |
| 10 | CTRLT Store | aliexpress.com/store/911562550 |
| 11 | DASONG Rare Toy Store | aliexpress.com/store/910561344 |
| 12 | DIOCOS Store | aliexpress.com/store/5009004 |
| 13 | DKToys Store | aliexpress.com/store/910444049 |
| 14 | Ebingoo Official Store | aliexpress.com/store/115372 |
| 15 | ETUCQ Store | aliexpress.com/store/911720359 |
| 16 | GGM07 Store | aliexpress.com/store/5585214 |
| 17 | GHH26 Store | aliexpress.com/store/5870414 |
| 18 | good luckly you Store | aliexpress.com/store/910851008 |
| 19 | Gundam Store | aliexpress.com/store/910439253 |
| 20 | Hai Cospl Store | aliexpress.com/store/2348215 |
| 21 | haiwei Store | aliexpress.com/store/911778077 |
| 22 | Honeypinky Store | aliexpress.com/store/911733319 |
| 23 | JAPAN ANIME & MANGA MODEL Store | aliexpress.com/store/911705408 |
| 24 | Judai Model Store | aliexpress.com/store/910955002 |

1

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 25 | lazycat77 Store | aliexpress.com/store/910982031 |
| 26 | Life Foever 1303 Store | aliexpress.com/store/911745833 |
| 27 | Life Foever 1322 Store | aliexpress.com/store/911707369 |
| 28 | LowFusaw Official Store | aliexpress.com/store/900247483 |
| 29 | Maolilan Store | aliexpress.com/store/911745619 |
| 30 | mmdmfs168.8 Store | aliexpress.com/store/4816019 |
| 31 | MuYan Anime Store | aliexpress.com/store/5630263 |
| 32 | Oriental Art Store | aliexpress.com/store/4995263 |
| 33 | QITE Store | aliexpress.com/store/911602602 |
| 34 | QT-14 Store | aliexpress.com/store/911704023 |
| 35 | QT-19 Store | aliexpress.com/store/911605773 |
| 36 | RainbowCos0 Store | aliexpress.com/store/5006157 |
| 37 | rihui Store | aliexpress.com/store/3089090 |
| 38 | Sexy Nine Store | aliexpress.com/store/911336117 |
| 39 | ShigetoLand Store | aliexpress.com/store/910457212 |
| 40 | Shop07051988 Store | aliexpress.com/store/911758862 |
| 41 | Shop2785162 Store | aliexpress.com/store/2785162 |
| 42 | Shop4435097 Store | aliexpress.com/store/4435097 |
| 43 | Shop4510074 Store | aliexpress.com/store/4510074 |
| 44 | Shop5601326 Store | aliexpress.com/store/5601326 |
| 45 | Shop5723010 Store | aliexpress.com/store/5723010 |
| 46 | Shop910893006 Store | aliexpress.com/store/910893006 |
| 47 | Shop911122225 Store | aliexpress.com/store/911122225 |
| 48 | Shop911391148 Store | aliexpress.com/store/911391148 |
| 49 | Shop911544006 Store | aliexpress.com/store/911544006 |
| 50 | ToNiceCase Store | aliexpress.com/store/911365003 |
| 51 | TOY Room vc Store | aliexpress.com/store/911125219 |
| 52 | YueXin666 Toy Store | aliexpress.com/store/910994068 |
| 53 | 3as | amazon.com/sp?seller=A1BM9IR8OPRN9S |
| 54 | AniHome | amazon.com/sp?seller=A2OFYAFSP46ZPK |
| 55 | April Secrecy | amazon.com/sp?seller=A1NRQWUHMBZHD0 |
| 56 | ARD LUI | amazon.com/sp?seller=A5ZFEGSG1Q1GZ |
| 57 | Art Vintage | amazon.com/s?me=ATVPDKIKX0DER |
| 58 | Arvincos2018 | amazon.com/sp?seller=A2XYSMXHI0ZRQA |
| 59 | BeatCobraTriangle | amazon.com/sp?seller=A2U0G1ENBO88BY |
| 60 | BESTcos | amazon.com/sp?seller=A27N5M2SWJ67OP |
| 61 | Child Marvel face mask | amazon.com/sp?seller=A1BOCE87YIGVBX |
| 62 | DAZCOS | amazon.com/sp?seller=A1VIAKTRWA0JUI |
| 63 | DEREN | amazon.com/sp?seller=A3DPJEEC51AF7F |
| 64 | DMinn | amazon.com/sp?seller=A2F8XDXCZJ2PWX |
| 65 | Du Entertainment Store | amazon.com/sp?seller=A34UJDE25WGVYZ |
| 66 | East Asian Culture | amazon.com/sp?seller=ABBSJUGGT24PZ |
| 67 | Fairy Magic House | amazon.com/sp?seller=A392GJ0TAV5018 |
| 68 | FEIXIANG76521 | amazon.com/sp?seller=A34MAUUPWF7UQT |

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 69 | Figure Collectors | amazon.com/sp?seller=ADBH6FR2YWUX3 |
| 70 | Fish'n'Dish | amazon.com/sp?seller=A2MSD49IKNA6BZ |
| 71 | FRNNFDS | amazon.com/sp?seller=ALH6RIN937T0C |
| 72 | FWHWJ | amazon.com/sp?seller=A3OJ5BE603OQCX |
| 73 | golubaiatatjanaVEST | amazon.com/sp?seller=ATLD6A6R6G7L6 |
| 74 | Huairen Rixuan Electronic Commerce CoLtd | amazon.com/sp?seller=A1ZS15NMIBB8RF |
| 75 | Ilovcomic | amazon.com/sp?seller=A2AV12LKLA82MI |
| 76 | JIUTAISHENGHE | amazon.com/sp?seller=A288EX9X90YDSH |
| 77 | JIUTAIYOUXUAN | amazon.com/sp?seller=A2U58SKEEIV841 |
| 78 | Johnson Zhang-Lvcos | amazon.com/sp?seller=A42943YQEHDP |
| 79 | lisis store | amazon.com/sp?seller=A2LVGAAM5T6WB2 |
| 80 | Longer Road | amazon.com/sp?seller=AUQMU84U5CMGJ |
| 81 | Luck2Buy | amazon.com/sp?seller=AU9P5A7OZVB9C |
| 82 | MengLa | amazon.com/sp?seller=A1OB7SFQE8E6K9 |
| 83 | xiangchengshijuzunhaishangmaoyouxiangongsi | amazon.com/sp?seller=A365BEJ4BXC5FK |
| 84 | Mister Bear | amazon.com/sp?seller=AL4CYMD0YU66B |
| 85 | Moemoe Store | amazon.com/sp?seller=A29B4MGBSPUCY8 |
| 86 | MXCOS | amazon.com/sp?seller=A1N9SFXJ5J1SGF |
| 87 | mzcurse | amazon.com/sp?seller=A3M7LASUJKORNL |
| 88 | Natsuto Home Decoration | amazon.com/sp?seller=A1QKXDPMDMJ2P7 |
| 89 | Plusker | amazon.com/sp?seller=ACBDT2F2DQPKC |
| 90 | Purewhite Brush | amazon.com/sp?seller=A20CNQ1V9WT8S0 |
| 91 | QYLan | amazon.com/sp?seller=A286IDX5VKBB77 |
| 92 | SAKFNNJSRC | amazon.com/sp?seller=A3H2346WK1P5EI |
| 93 | SHANQINGMA | amazon.com/sp?seller=A1OUWOMEO5CC4Q |
| 94 | Tianduoduo Network Technology Co., Ltd. | amazon.com/sp?seller=A1A03HXI5QCSTP |
| 95 | TOY BOX LAND | amazon.com/sp?seller=A30FFG8D8DA482 |
| 96 | Tuinota | amazon.com/sp?seller=A3SYDILA5BEVKS |
| 97 | Vibret - US | amazon.com/sp?seller=A1KOK74F3HVEQX |
| 98 | WaNdUo | amazon.com/sp?seller=A1OSTJZI5F2M5Z |
| 99 | Weeck | amazon.com/sp?seller=A3C0MQEKAQG6HM |
| 100 | Weifang Fanbang Culture Media | amazon.com/sp?seller=A2353HBJ0EM118 |
| 101 | YALIBAIHUO | amazon.com/sp?seller=A3H3UOG9K3AIFN |
| 102 | yangxiaoling-cn | amazon.com/sp?seller=A298SE9AZG3NR1 |
| 103 | Ynscos2020 | amazon.com/sp?seller=A1JHI2422NPOTS |
| 104 | zicaimaoyi | amazon.com/sp?seller=AHPKHLH66FM41 |
| 105 | Zsrgvdrf | amazon.com/sp?seller=ADQR7WE48TCFA |
| 106 | 仙游县榜头陈慧文具经营部 | amazon.com/sp?seller=A39Y09SRF86ETP |
| 107 | 阳江佳诺贸易有限公司 | amazon.com/sp?seller=A1YXS2Y39W8DAV |
| 108 | Aremose | bonanza.com/booths/Aremose |
| 109 | buddhikanuwan | bonanza.com/booths/buddhikanuwan |
| 110 | cos_collecter | bonanza.com/booths/cos_collecter |
| 111 | fancydresscosplay | bonanza.com/booths/fancydresscosplay |

3

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 112 | JPSTOREJINNIE | bonanza.com/booths/JPSTOREJINNIE |
| 113 | Murasin | bonanza.com/booths/Murasin |
| 114 | Samurai_Road | bonanza.com/booths/Samurai_Road |
| 115 | sapthaka | bonanza.com/booths/sapthaka |
| 116 | shoo_store | bonanza.com/booths/shoo_store |
| 117 | yinsheng256 | bonanza.com/booths/yinsheng256 |
| 118 | 296reflection | ebay.com/usr/296reflection |
| 119 | 39mikumiku39 | ebay.com/usr/39mikumiku39 |
| 120 | azarel-72 | ebay.com/usr/azarel-72 |
| 121 | baybayyou1118 | ebay.com/usr/baybayyou1118 |
| 122 | blue4me_95 | ebay.com/usr/blue4me_95 |
| 123 | buy-wig | ebay.com/usr/buy-wig |
| 124 | chinadomgstore_7886 | ebay.com/usr/chinadomgstore_7886 |
| 125 | cosplay_anime | ebay.com/usr/cosplay_anime |
| 126 | cosplaydna2019 | ebay.com/usr/cosplaydna2019 |
| 127 | dpos-23568 | ebay.com/usr/dpos-23568 |
| 128 | dycosplay | ebay.com/usr/dycosplay |
| 129 | ejinkjet2012 | ebay.com/usr/ejinkjet2012 |
| 130 | ffwig2013 | ebay.com/usr/ffwig2013 |
| 131 | fugege | ebay.com/usr/fugege |
| 132 | ggminhai | ebay.com/usr/ggminhai |
| 133 | goodluck123321 | ebay.com/usr/goodluck123321 |
| 134 | h8698889 | ebay.com/usr/h8698889 |
| 135 | hong-3464 | ebay.com/usr/hong-3464 |
| 136 | ishan_online_store | ebay.com/usr/ishan_online_store |
| 137 | kavjayas_19 | ebay.com/usr/kavjayas_19 |
| 138 | kucos08 | ebay.com/usr/kucos08 |
| 139 | lasthope201111 | ebay.com/usr/lasthope201111 |
| 140 | look9nice | ebay.com/usr/look9nice |
| 141 | meet-shops | ebay.com/usr/meet-shops |
| 142 | milanoo365 | ebay.com/usr/milanoo365 |
| 143 | musia--78568 | ebay.com/usr/musia--78568 |
| 144 | nasu-japan777 | ebay.com/usr/nasu-japan777 |
| 145 | nijigen-world | ebay.com/usr/nijigen-world |
| 146 | number.01 | ebay.com/usr/number.01 |
| 147 | onepiecelufei | ebay.com/usr/onepiecelufei |
| 148 | ozcosplaymart | ebay.com/usr/ozcosplaymart |
| 149 | prabathiya-store | ebay.com/usr/prabathiya-store |
| 150 | rainbow20128 | ebay.com/usr/rainbow20128 |
| 151 | raveera-14 | ebay.com/usr/raveera-14 |
| 152 | ronnronhach | ebay.com/usr/ronnronhach |
| 153 | shanh-26 | ebay.com/usr/shanh-26 |
| 154 | sijilaicai1688 | ebay.com/usr/sijilaicai1688 |
| 155 | sjcbhaq-2 | ebay.com/usr/sjcbhaq-2 |

| No. | DEFENDANT NAME/SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 156 | star_bo_2013528 | ebay.com/usr/star_bo_2013528 |
| 157 | stickehrs | ebay.com/usr/stickehrs |
| 158 | think_about_gift | ebay.com/usr/think_about_gift |
| 159 | timyuan2008 | ebay.com/usr/timyuan2008 |
| 160 | tzwdzh | ebay.com/usr/tzwdzh |
| 161 | us.bizhe | ebay.com/usr/us.bizhe |
| 162 | want-newnew-life | ebay.com/usr/want-newnew-life |
| 163 | warmriver | ebay.com/usr/warmriver |
| 164 | weiwei1316 | ebay.com/usr/weiwei1316 |
| 165 | wen2021512 | ebay.com/usr/wen2021512 |
| 166 | wig188 | ebay.com/usr/wig188 |
| 167 | xi20222 | ebay.com/usr/xi20222 |
| 168 | yoyo_1108 | ebay.com/usr/yoyo_1108 |
| 169 | yxdb7975 | ebay.com/usr/yxdb7975 |
| 170 | feifei911 | http://feifei911.ecrater.com |
| 171 | mlcosplay | http://mlcosplay.ecrater.com |
| 172 | serenade | http://serenade.ecrater.com |
| 173 | littlereshi | etsy.com/uk/shop/littlereshi |
| 174 | 15270905753@163.com | wish.com/merchant/57bc047290eed118f6939dfa |
| 175 | aadddz | wish.com/merchant/5e8c15545e85370c0626eaf8 |
| 176 | alaaricesttes | wish.com/merchant/5e68a2b3c96e280480914a1b |
| 177 | Alison Portillo | wish.com/merchant/5e89d2c899a1f92ba2d45030 |
| 178 | Allen Edmonds | wish.com/merchant/5e8960cba7d649c8e3da40ed |
| 179 | Aurore Hart | wish.com/merchant/5e896cc98782b5eb213d6fd4 |
| 180 | baiziwen | wish.com/merchant/5e69f2695098726be1ac6ad6 |
| 181 | Beodemi Clothes | wish.com/merchant/5e79aab44934074dc27d05f2 |
| 182 | Brianmgl | wish.com/merchant/5e86ea5c72a1a453cbb7107f |
| 183 | Camiter Dolanteyon | wish.com/merchant/5eb27ac67a1e1924d4362dd5 |
| 184 | caoyanli | wish.com/merchant/5e67866458902428c01541cb |
| 185 | changyi999 | wish.com/merchant/5a9b9ab8417cee29b91c119a |
| 186 | Chante Smiths | wish.com/merchant/5e69832c1511dc13c26d56b4 |
| 187 | CHENLI52 | wish.com/merchant/5d5a374540defd6235aca66c |
| 188 | Come-Get Your Favourits | wish.com/merchant/58ce065778bdec51e9274eab |
| 189 | Cracewell | wish.com/merchant/57189c30718b7c59470b1a65 |
| 190 | da93ekka | wish.com/merchant/5e953de41dd44e2a2d746fbd |
| 191 | darry stivenson caps | wish.com/merchant/5f9e0c3a653534a045d4fc61 |
| 192 | David Stiefel | wish.com/merchant/5e830aaf0ecdb4d80f81d71e |
| 193 | DengzhStore | wish.com/merchant/5b090053c258696ce9ffb3ae |
| 194 | E77BD6E1 | wish.com/merchant/5dd62c88d87bf1074041a1fe |
| 195 | Ember Martinez | wish.com/merchant/5f538a931ef2b4c1a52262cd |
| 196 | eqrg70 | wish.com/merchant/5de1efcb29e7864ad5dd6a2b |
| 197 | fanjinping | wish.com/merchant/5f646c7c70ed313b40015e89 |
| 198 | fashion bag luxury | wish.com/merchant/5ac82fff1843547be0fe0dbd |
| 199 | fgfgdfd | wish.com/merchant/5e85bf38b6ab8d03801b01cf |

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 200 | fggfhgh | wish.com/merchant/5e85dc26950b74d3c0e9b39a |
| 201 | Fught1 | wish.com/merchant/5e674703e178751253ff1813 |
| 202 | Fuhai Trading International | wish.com/merchant/565fe8dcdf199b56b80c5f63 |
| 203 | GangfancandunzO | wish.com/merchant/5e6b3ffd3b0da00ac46e0a4d |
| 204 | gg5rt85 | wish.com/merchant/5e84b0afbc418dc3cb0e5001 |
| 205 | Ghombro | wish.com/merchant/5fd1e5f149eb683a3d8a794e |
| 206 | Great Xinfu | wish.com/merchant/5889fe63ad5cee4cdcac4ca1 |
| 207 | Grey Count Tide Shop | wish.com/merchant/5fa3af935cff9086430225b3 |
| 208 | guofang1221 | wish.com/merchant/5a97ee3c67d25c298dfa8112 |
| 209 | h88j58 | wish.com/merchant/5e84b273f72b5fde89bff690 |
| 210 | haeey | wish.com/merchant/5ecded14b20fc93cdb9ab808 |
| 211 | happy6661 | wish.com/merchant/58414fd12f5e5368fc5822b6 |
| 212 | HHFFGHG | wish.com/merchant/5e663f5d29e78663c605c99e |
| 213 | hjgikljl1 | wish.com/merchant/5ad18f4ea6f62e405893b65c |
| 214 | Hongrui Trading | wish.com/merchant/56603016675dec5765a13f45 |
| 215 | hotla | wish.com/merchant/593013cb1e6c1f483f601685 |
| 216 | huangchenqin | wish.com/merchant/5e67730525de031380262ff5 |
| 217 | ial8264 | wish.com/merchant/5f9f7b761a73c123f720ca61 |
| 218 | Jerrydel | wish.com/merchant/5dd4ebe34cc667830241f166 |
| 219 | jiachenchen72583 | wish.com/merchant/607e9cff4d9f8e306e587074 |
| 220 | JIAJIAGOUWU666 | wish.com/merchant/5b0d0be2c721a95c785efc9b |
| 221 | jiexi home | wish.com/merchant/55d190825d0c7611cc3d7106 |
| 222 | Jim space | wish.com/merchant/5d8782358db50e473a243b00 |
| 223 | jinaijuan112 | wish.com/merchant/5f433b75c8e8b0f1dc77ac7d |
| 224 | jixiangruyi | wish.com/merchant/56f8ea0f7bb49e589d606f69 |
| 225 | JKDStore | wish.com/merchant/5de74bda3bc4b31274f39ccd |
| 226 | Joanne Harrower | wish.com/merchant/5e8169bbe979f90b80a8a2ed |
| 227 | Joicelyn Fashion Online | wish.com/merchant/58d395b6773e9257df5b8ed6 |
| 228 | k88j58 | wish.com/merchant/5e84acc429e78657edfb5ecb |
| 229 | Kesmister | wish.com/merchant/5f83fc5653268bb170ed74f0 |
| 230 | lausy | wish.com/merchant/5e9edabb0de11ae249bed097 |
| 231 | lb1995 | wish.com/merchant/5addf2629d5e973e3e88d96a |
| 232 | Leigha | wish.com/merchant/5e4b86c057cc9b1700eaecff |
| 233 | lexiaohu48186 | wish.com/merchant/607aa3eb45810288207adc74 |
| 234 | LiaoChunmei6688 | wish.com/merchant/5e42652e10c456602381447c |
| 235 | Licoo tuomen saheyala meetan | wish.com/merchant/5e66046010b835c2c0c85df6 |
| 236 | lifeiai123 | wish.com/merchant/59bce4da21064f23840078dd |
| 237 | little nine | wish.com/merchant/579f12b8661e335707b968a8 |
| 238 | Litty1 | wish.com/merchant/5e73429d8a6c2b863852b270 |
| 239 | LIU~XIAOY56 | wish.com/merchant/5e660aa41c32cb1bc015cad8 |
| 240 | liyanping Store me | wish.com/merchant/5f8805446e6b9113edb1d6e5 |
| 241 | long_best_store | wish.com/merchant/5677cd150f14bd26ae1966c6 |
| 242 | manbu.ltd.co | wish.com/merchant/557e5ee41d788519edec2175 |
| 243 | maningning56234 | wish.com/merchant/5ed1ebc9a1aafe5de3161f4e |

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 244 | Marianas | wish.com/merchant/5de69c73ae88ea3800a810e8 |
| 245 | Melinda Brewer66 | wish.com/merchant/5f539210de2080901e95dd7c |
| 246 | miaokeketongzhuangdian | wish.com/merchant/5b20ec5b2b0410366ad7e39d |
| 247 | Michael Wallaces | wish.com/merchant/5e7c2178e32b60196fce82eb |
| 248 | mqcvrhnh | wish.com/merchant/5ed724ff29e7860e40aa2c80 |
| 249 | muhanstore | wish.com/merchant/58c0d4ee98a4700f6a0e1447 |
| 250 | nenjinhuidao | wish.com/merchant/5e7997ad8d376f4cf297eb32 |
| 251 | New Beauty Style | wish.com/merchant/545eca535f313f1e22cb2c63 |
| 252 | OIJDOVUS BGVUEQNA96256 | wish.com/merchant/5ebbb6dde4dadea1e971fbce |
| 253 | One swallow does not make a summer | wish.com/merchant/5acdba4e1baafe549d489021 |
| 254 | pengxunli | wish.com/merchant/5e67604f58902474ca13f50c |
| 255 | ppka | wish.com/merchant/59a193810415f85c395408c0 |
| 256 | primaryheart | wish.com/merchant/5d44f6ce4c02557ec16d5621 |
| 257 | Pruan Sancem Tulaben | wish.com/merchant/5e6771acfc578f853a9280b7 |
| 258 | psmd13 | wish.com/merchant/5de121c2b696791ac8121fc6 |
| 259 | qingclothing | wish.com/merchant/57d401d3a1beaa0e273ce06e |
| 260 | QinhanjicFm | wish.com/merchant/5e6b3a7b3a00e719c3b879cc |
| 261 | Qinlay Ladyshirts | wish.com/merchant/5e799d4d35692d506ac0d9a2 |
| 262 | qinying2588 | wish.com/merchant/5edc8a575c316d83c0bbf532 |
| 263 | RUIRUIGOUWU888 | wish.com/merchant/5b0d289c5920691293187d2e |
| 264 | Shelai | wish.com/merchant/550d3c36a17aab4741ba8e19 |
| 265 | shensensen | wish.com/merchant/5ef1d4e3761eb33040df39eb |
| 266 | Shots of Hennessey | wish.com/merchant/60131e29b75449e319239c62 |
| 267 | Stopandshop88 | wish.com/merchant/5dcd0385f2f2441142129a69 |
| 268 | TanYJStore | wish.com/merchant/5b29c14fc621381d9591e533 |
| 269 | tazpni | wish.com/merchant/5e79af6235692d5fe2c0d8c3 |
| 270 | TeenWaGer | wish.com/merchant/5a8ff26954bd0906eca6f7c4 |
| 271 | tianhelin shopping | wish.com/merchant/541599def8abc8797a7735ea |
| 272 | Tiffany Owen | wish.com/merchant/5e8302570a0d9ff4c79c6d75 |
| 273 | To Me To | wish.com/merchant/5d56446c40defd4f273d5611 |
| 274 | trshts | wish.com/merchant/5e79b5188d376f66a497eb6e |
| 275 | TuankejiacixPt | wish.com/merchant/5e6b419289881a6fd8538463 |
| 276 | tuomeijiashi | wish.com/merchant/550d370ca17aab4741ba8c7e |
| 277 | wangjunmei163 | wish.com/merchant/5e67487948b5876cbc4bf15f |
| 278 | wanglanxin | wish.com/merchant/5e5a021a0ff4d006750a896c |
| 279 | Water Cube | wish.com/merchant/583bcd0b0884751b75e96e76 |
| 280 | weiwkitai | wish.com/merchant/5e6cd7dd1e19858a76235338 |
| 281 | wngpizhang25521 | wish.com/merchant/5fd052c505ef5d4a125628a2 |
| 282 | Xiao Yun electronic products | wish.com/merchant/5aff243b651e61395034b459 |
| 283 | xiaominhappy | wish.com/merchant/5860b17e7286ef4ca959c344 |
| 284 | xiaosai | wish.com/merchant/5adc7b9054bd090a889d6df5 |
| 285 | XIEWEIBO | wish.com/merchant/54505d6c9719cd68100fe4ac |
| 286 | xilugou2462098 | wish.com/merchant/5e74cf4d29e78604ce665b40 |
| 287 | xixi 4pm store | wish.com/merchant/5d8b1c0e6d79ac5ba7561d98 |

| No. | Defendant Name/Seller Alias | Marketplace URL |
|---|---|---|
| 288 | xlflynn2018 | wish.com/merchant/5d6c7c8f7d94e83d89a2c4c7 |
| 289 | XONGSSYES | wish.com/merchant/5d43d98b4c7855657be59b43 |
| 290 | Xyra | wish.com/merchant/5de764010f875b060014afae |
| 291 | yangshuai8974 | wish.com/merchant/604708d0da9280048f3f82ea |
| 292 | yingyingm | wish.com/merchant/5e7d50fc4c44941fe4c4ebd2 |
| 293 | YongchengyoubeikLw | wish.com/merchant/5e6b378b3a00e719c3b86d38 |
| 294 | YOYO FUN LIFE | wish.com/merchant/576bca3b7338323d47620b9d |
| 295 | yue yi shui han group | wish.com/merchant/5534cd20de19cd0c2cae92c4 |
| 296 | zhanghaiyan886 | wish.com/merchant/5e980d58e1a3330f8020fe27 |
| 297 | zhangjifang163 | wish.com/merchant/5e7459efae32661bd071c535 |
| 298 | zhaoshijituan | wish.com/merchant/5de3c5f512af069f8dfeca53 |
| 299 | zhaotingting1980 | wish.com/merchant/5aacd085c2c8921b5b6e6556 |
| 300 | zhuhongna66058 | wish.com/merchant/5ff6c7c36076563b79ed247e |
| 301 | Zlbxdxgl Store | wish.com/merchant/5d7e949e9cb62c1e400de55b |
| 302 | zmtflynn | wish.com/merchant/5d3e66816c2a296292af2db2 |