# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC. | |
| PLAINTIFF, | CASE NO.: 1:21-CV-04174 |
| V. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | JUDGE CHARLES R. NORGLE, SR. |
| DEFENDANTS. | MAGISTRATE JUDGE SUNIL R. HARJANI |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 14 | Ebingoo Official Store |
| 80 | Longer Road |
| 119 | 39mikumiku39 |
| 139 | lasthope201111 |
| 161 | us.bizhe |

Dated:     December 2, 2021          Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***